IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TONY DONNELL GRANDISON, ) | Civil Action No. 7:15-cv-00453 | |
| Plaintiff, ) | | |
| v. ) | **ORDER** | |
| LESLIE FLEMING, <u>et al.</u>, ) | By: Hon. Michael F. Urbanski | |
| Defendant. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); the motion for a preliminary injunction is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: October 14, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge